**Anthony T. MILLILI, Respondent,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT of TRANSPORTATION, BUREAU of DRIVER LICENSING, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 27, 1998.

Timothy P. Wile, Asst. Counsel In-Charge, Harold H. Cramer, Asst. Chief Counsel, Andrew S. Gordon, Chief Counsel, Paul A. Tufano, General Counsel, for petitioner.

***ORDER***

PER CURIAM:

**AND NOW,** this 27th day of October, 1998, the petition for allowance of appeal is **GRANTED,** limited to the issue of whether a request that a licensee initially submit to two methods of chemical testing violates 75 Pa.

C.S.A. § 1547(a), thereby excusing the licensee from undergoing any type of testing.